IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Glen Ammons, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01606 |
| ) | |
| Unifin, Inc., an Illinois corporation, ) | Judge Alonso |
| LVNV Funding, LLC, a Delaware ) | |
| limited liability company, and ) | |
| Resurgent Capital Services, LP, a ) | |
| Delaware limited partnership, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses his claims against the Defendants, with prejudice.

Dated:  April 16, 2021

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2021, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on April 16, 2021.

LVNV Funding, LLC and
Resurgent Capital Services, LP
c/o Wesley Boyd, Corporate Counsel
55 Beattie Place
Suite 400
Greenville, South Carolina 29601

Unifin, Inc.
c/o Incorp Services, Inc., as registered agent
901 South 2nd Street
Suite 201
Springfield, Illinois 62704

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com